IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK WILLIAMS,

    Plaintiff,

v.                                      Case No. 18CV0934

WARDEN BOUGHTON, et al.,

    Defendants.

---

## STIPULATION FOR DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to the dismissal of this case, with prejudice. Each party shall be responsible for its own fees and costs.

Dated: 9-4-20

_____
Derek M. Williams
Plaintiff

Dated: 9/4/2020

s/ Kevin Grzebielski
AAG Kevin L. Grzebielski
Wisconsin Department of Justice
Attorneys for Defendants